**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or  passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Terry**<br>First name<br><br>**Hong-Yin**<br>Middle name<br><br>**Chan**<br>Last name and Suffix (Sr., Jr., II, III) | **Jacquelyn**<br>First name<br><br>**Angiulli**<br>Middle name<br><br>**Chan**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | **FKA Jacquelyn Angiulli** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-1504** | **xxx-xx-2542** |

| Debtor 1 | **Terry Hong-Yin Chan** | | |
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number *(if known)* | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**735 Edgewater Drive
Orlando, FL 32804**
Number, Street, City, State & ZIP Code

**Orange**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Terry Hong-Yin Chan** | | |
|---|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | | Case number *(if known)* |

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

**11. Do you rent your residence?**

- ☐ No.   Go to line 12.
- ■ Yes.   Has your landlord obtained an eviction judgment against you?

  - ■ No. Go to line 12.

  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**                                    Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---------|----------------------------------------------------------|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

■ Yes.    Name and location of business

**TBLE, LLC**
Name of business, if any

**3030 N Rocky Point Drive**
**Suite 150A**
**Tampa, FL 33607**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---------|-----------------------------------------------------------------------------------------------|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

---

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Terry Hong-Yin Chan | /s/ Jacquelyn Angiulli Chan |
|---|---|
| **Terry Hong-Yin Chan** | **Jacquelyn Angiulli Chan** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **June 1, 2018** | Executed on    **June 1, 2018** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Walter F. Benenati** _____    Date    **June  1, 2018** _____
Signature of Attorney for Debtor                                MM / DD / YYYY

**Walter F. Benenati 46679**
Printed name

**Walter F. Benenati, Credit Attorney P.A.**
Firm name

**2702 E Robinson Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone    **(407) 777-7777**          Email address    **wfb@777lawfirm.com**

**46679 FL**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jacquelyn Angiulli Chan** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................. | $              0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $         17,667.07 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $         17,667.07 |

**Part 2:    Summarize Your Liabilities**

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $         71,172.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $              0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $     12,918,468.54 |
| | **Your total liabilities** | $     12,989,640.54 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................................. | $         10,065.42 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $         10,789.25 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7.  **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Terry Hong-Yin Chan**
Debtor 2   **Jacquelyn Angiulli Chan**                              Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
    122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 90,902.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 90,902.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Jacquelyn Angiulli Chan** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **BMW** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | | **X6 Utility xDrive35i** | ☐ Debtor 1 only | |
| | Model: | **AWD 3.0L** | ☐ Debtor 2 only | |
| | Year: | **2017** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ At least one of the debtors and another | |
| | Other information: | | | |
| | | VIN # 5UXKU2C36H0U28972 *Leased vehicle | ☐ Check if this is community property (see instructions) | $50,875.00 / $0.00 |

| 3.2 | Make: | **Jeep** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | | **Liberty Utility Sport** | ☐ Debtor 1 only | |
| | Model: | **3.7L** | ☐ Debtor 2 only | |
| | Year: | **2012** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ At least one of the debtors and another | |
| | Other information: | | | |
| | | VIN # 1C4PJLAK7CW116617 | ☐ Check if this is community property (see instructions) | $6,900.00 / $6,900.00 |

| Debtor 1 | **Terry Hong-Yin Chan** | | |
|---|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number *(if known)* | |

| 3.3 | Make: | **GMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.3 Make: **GMC**

**Light Duty Acadia**

Model: **Denali 3.6L**

Year: **2017**

Approximate mileage: _____

Other information:

| VIN # 1GKKNPLS4HZ244777 |
| *Leased vehicle |

Who has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$30,850.00        $0.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1 Make: **Paddleboat**

Model: _____

Year: _____

Other information:

Who has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$200.00        $200.00

---

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................................=>**

$7,100.00

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Couches, chairs, beds, silverware, cookware, utensils, fish tanks, children's games and toys, tables and chairs, lamps and accessories, washer/dryer, home decor
Location: 735 Edgewater Drive, Orlando FL 32804 |

$500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Laptop, cell phones, (3) TV's
Location: 735 Edgewater Drive, Orlando FL 32804 |

$400.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

| Debtor 1 | **Terry Hong-Yin Chan** | |
|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number *(if known)* |

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ■ Yes.  Describe.....

| **Bicycles, fishing rods**<br>**Location: 735 Edgewater Drive, Orlando FL 32804** | $150.00 |
|---|---|

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ■ No
   ☐ Yes.  Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ■ Yes.  Describe.....

| **Personal clothing**<br>**Location: 735 Edgewater Drive, Orlando FL 32804** | $50.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ■ Yes.  Describe.....

| **Wedding rings, necklaces**<br>**Location: 735 Edgewater Drive, Orlando FL 32804** | $1,000.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☐ No
   ■ Yes.  Describe.....

| **(3) dogs, fish, lizard**<br>**Location: 735 Edgewater Drive, Orlando FL 32804** | $20.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

   ■ No
   ☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................

| $2,120.00 |
|---|

| Part 4: | Describe Your Financial Assets | |
|---|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ■ No
   ☐ Yes................................................................................................................

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Terry Hong-Yin Chan** | |
|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number *(if known)* |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
      institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................

Institution name:

| 17.1. | **Checking** | **SunTrust Bank - 6980** | **$0.00** |
|---|---|---|---|
| 17.2. | **Checking** | **Regions Bank - 9166** | **$27.00** |
| 17.3. | **Savings** | **Regions - 3887** | **$0.00** |
| 17.4. | **Savings** | **SunTrust Bank - 5448** | **$0.00** |
| 17.5. | **Checking** | **US Bank - 6528** | **$14.07** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
■ Yes..................

Institution or issuer name:

| **Etrade** | **$255.00** |
|---|---|

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes.  Give specific information about them...................

        Name of entity:              % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them

        Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.

        Type of account:        Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................

        Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............

        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | **Terry Hong-Yin Chan** | | |
|---|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number *(if known)* | |

☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
- ☐ No
- ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2016 Tax Refund | Federal | $8,151.00 |
|---|---|---|

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | **Terry Hong-Yin Chan** | | |
|---|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number *(if known)* | |

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................. | **$8,447.07**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ..................................... | **$0.00**

**Part 8:**  List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$7,100.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$2,120.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$8,447.07** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$17,667.07** | Copy personal property total    **$17,667.07** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$17,667.07** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jacquelyn Angiulli Chan** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br> *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Paddleboat** <br> Line from *Schedule A/B*: **4.1** | $200.00 | ☒ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Couches, chairs, beds, silverware, cookware, utensils, fish tanks, children's games and toys, tables and chairs, lamps and accessories, washer/dryer, home decor** <br> Location: 735 Edgewater Drive, Orlando FL 32804 <br> Line from *Schedule A/B*: **6.1** | $500.00 | ☒ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Laptop, cell phones, (3) TV's** <br> Location: 735 Edgewater Drive, Orlando FL 32804 <br> Line from *Schedule A/B*: **7.1** | $400.00 | ☒ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Bicycles, fishing rods** <br> Location: 735 Edgewater Drive, Orlando FL 32804 <br> Line from *Schedule A/B*: **9.1** | $150.00 | ☒ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Terry Hong-Yin Chan** | | | |
| Debtor 2 | **Jacquelyn Angiulli Chan** | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Personal clothing**<br>**Location: 735 Edgewater Drive,**<br>**Orlando FL 32804**<br>Line from *Schedule A/B*: **11.1** | $50.00 | ■ | $50.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Wedding rings, necklaces**<br>**Location: 735 Edgewater Drive,**<br>**Orlando FL 32804**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ | $1,000.00 | **11 U.S.C. § 522(d)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **(3) dogs, fish, lizard**<br>**Location: 735 Edgewater Drive,**<br>**Orlando FL 32804**<br>Line from *Schedule A/B*: **13.1** | $20.00 | ■ | $20.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Etrade**<br>Line from *Schedule A/B*: **18.1** | $255.00 | ■ | $255.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Federal: 2016 Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $8,151.00 | ■ | $8,151.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Jacquelyn Angiulli Chan** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** AmeriCredit/GM Financial

Creditor's Name

Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

**2017 GMC Light Duty Acadia Denali 3.6L**
**VIN # 1GKKNPLS4HZ244777**
**\*Leased vehicle**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Lease**

**$19,951.00** | **$30,850.00** | **$0.00**

Date debt was incurred    **Opened 03/17  Last Active 11/01/17**

Last 4 digits of account number    **0826**

**2.2** BMW Financial Services

Creditor's Name

Attn: Bankruptcy Department
PO Box 3608
Dublin, OH 43016

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

Describe the property that secures the claim:

**2017 BMW X6 Utility xDrive35i AWD 3.0L**
**VIN # 5UXKU2C36H0U28972**
**\*Leased vehicle**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

**$32,148.00** | **$50,875.00** | **$0.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1 **Terry Hong-Yin Chan**
First Name          Middle Name          Last Name

Debtor 2 **Jacquelyn Angiulli Chan**
First Name          Middle Name          Last Name

Case number (if know)

| | |
|---|---|
| ■ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ■ Other (including a right to offset)    **Lease** |

Date debt was incurred **Opened 04/17  Last Active 3/17/18**          Last 4 digits of account number    **7410**

---

| 2.3 | **Partners Fed Credit Union** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe the property that secures the claim:          **$19,073.00** | **$6,900.00** | **$12,173.00**

**2190 S Town Centre Place Anaheim, CA 92806**
Number, Street, City, State & Zip Code

**2012 Jeep Liberty Utility Sport 3.7L VIN # 1C4PJLAK7CW116617**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Loan**

Date debt was incurred **Opened 11/16  Last Active 3/02/18**          Last 4 digits of account number    **0070**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$71,172.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$71,172.00** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jacquelyn Angiulli Chan** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

### Part 2:     List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **Accurate Mobile Welding** | Last 4 digits of account number _____ _____ | $1.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | **and Fabrication** | **When was the debt incurred?** _____ | |
| | **25901 Timuquana Drive** | | |
| | **Sorrento, FL 32776** | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

Debtor 1   **Terry Hong-Yin Chan**
Debtor 2   **Jacquelyn Angiulli Chan**

Case number (*if know*) _____

---

| 4.2 | **Aes/Keystone** | Last 4 digits of account number   **0001** | **$1,211.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **Opened 10/00  Last Active 12/17**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____   **Educational**

---

| 4.3 | **Aes/nct** | Last 4 digits of account number   **0003** | **$14,602.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **Opened 11/05  Last Active 12/01/17**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____   **Educational**

---

| 4.4 | **Aes/nct** | Last 4 digits of account number   **0002** | **$8,018.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **Opened 10/04  Last Active 12/01/17**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____   **Educational**

---

Debtor 1   **Terry Hong-Yin Chan**
Debtor 2   **Jacquelyn Angiulli Chan**

Case number *(if know)* _____

| 4.5 | **Aleck Refrigeration Company** | Last 4 digits of account number _____ | $3,359.12 |

Nonpriority Creditor's Name
**17420 Highway 190**
**Hammond, LA 70401**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.6 | **Allied Properties** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**9322 Third Avenue**
**Suite 502**
**Brooklyn, NY 11209**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 | **Ally Financial** | Last 4 digits of account number   **6459** | $6,567.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 380901**
**Bloomington, MN 55438**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/12/14  Last Active 10/16/17**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Deficiency balance after lease turn in**

---

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**                    Case number (if know) _____

| | | |
|---|---|---|
| 4.8 | **Alsco, Inc** | $5,767.68 |

Nonpriority Creditor's Name
**711 E Vermont Street**
**Indianapolis, IN 46202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| | | |
|---|---|---|
| 4.9 | **Altamonte Mall, LLC** | $304,020.03 |

Nonpriority Creditor's Name
**c/o General Growth Propertie**
**110 N Wicker Drive**
**Chicago, IL 60606**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business lease**

---

| | | |
|---|---|---|
| 4.10 | **American Express** | $1,000.00 |

Nonpriority Creditor's Name
**Correspondence**
**PO Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **7565**

When was the debt incurred?    **Opened 11/15  Last Active 4/20/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1 **Terry Hong-Yin Chan**

Debtor 2 **Jacquelyn Angiulli Chan**

Case number (if know) _____

---

**4.1**
**1**

| | |
|---|---|
| **American Express** | Last 4 digits of account number **0957** · · · · · · · · · · · · · · · · · · $1,000.00 |

Nonpriority Creditor's Name

**Correspondence**
**PO Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?     **Opened 04/15  Last Active 4/20/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Credit Card**

---

**4.1**
**2**

| | |
|---|---|
| **American Express** | Last 4 digits of account number **0010** · · · · · · · · · · · · · · · · · · $510.00 |

Nonpriority Creditor's Name

**Correspondence**
**PO Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?     **Opened 03/17  Last Active 4/03/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Credit Card**

---

**4.1**
**3**

| | |
|---|---|
| **American Funds** | Last 4 digits of account number · · · · · · · · · · · · · · · · · · $5,820.47 |

Nonpriority Creditor's Name

**PO Box 6273**
**Indianapolis, IN 46206**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Business debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Terry Hong-Yin Chan**

Debtor 2  **Jacquelyn Angiulli Chan**

Case number (if know) _____

| 4.1 4 | **Ameripride** | Last 4 digits of account number _____ | **$8,857.84** |

Nonpriority Creditor's Name

**7360 Industrial Road**

**Florence, KY 41042**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

| 4.1 5 | **ANI International** | Last 4 digits of account number _____ | **$4,613.07** |

Nonpriority Creditor's Name

**125 S Wacker Drive**

**Suite 1210**

**Chicago, IL 60606**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

| 4.1 6 | **AXP Paint** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name

**430 South Central Avenue**

**Apopka, FL 32703**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**                                    Case number (if know) _____

| | | |
|---|---|---|
| **4.1 7** | **Backflow Prevention Services** | Last 4 digits of account number _____ | $110.00 |

Nonpriority Creditor's Name
**6329 Stonehenge Blvd**
**Middletown, OH 45044**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| | | |
|---|---|---|
| **4.1 8** | **Barclays Bank Delaware** | Last 4 digits of account number **3726** | $39,096.00 |

Nonpriority Creditor's Name
**Attn: Correspondence**
**PO Box 8801**
**Wilmington, DE 19899**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 08/14  Last Active 3/18/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| | | |
|---|---|---|
| **4.1 9** | **Beckman Weil Shepardson** | Last 4 digits of account number _____ | $5,483.80 |

Nonpriority Creditor's Name
**Centennial Plaza III**
**895 Central Avenue**
**Suite 300**
**Cincinnati, OH 45202**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2 0** | **Brandy Meats** | Last 4 digits of account number _____ | $54,130.66 |

Nonpriority Creditor's Name

**Law Firm of Droder & Miller**
**125 West Central Parkway**
**Cincinnati, OH 45202**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| | | |
|---|---|---|
| **4.2 1** | **Brilliant Electric Sign Co** | Last 4 digits of account number _____ | $583.63 |

Nonpriority Creditor's Name

**4811 Van Epps Road**
**Cleveland, OH 44131-1082**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| | | |
|---|---|---|
| **4.2 2** | **Capital One** | Last 4 digits of account number    7587 | $3,053.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened 09/12  Last Active 10/16/17**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**

Case number (if know) _____

| | |
|---|---|
| 4.2 3 | |

**Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1211**                    **$2,896.00**

When was the debt incurred?    **Opened 01/16  Last Active 10/16/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Charge Account**

---

| | |
|---|---|
| 4.2 4 | |

**Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1855**                    **$2,014.00**

When was the debt incurred?    **Opened 01/16  Last Active 10/16/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Charge Account**

---

| | |
|---|---|
| 4.2 5 | |

**Carmel Utilities**

Nonpriority Creditor's Name

**30 W Main Street**
**Suite 220**
**Carmel, IN 46032**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                    **$1,480.97**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**                                Case number (if know) _____

| 4.2 6 | | | |
|---|---|---|---|

**Cavalier Distributing Co**
Nonpriority Creditor's Name

**4650 Lake Forest Drive**
**Suite 580**
**Blue Ash, OH 45242**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$252.47**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2 7 | | | |
|---|---|---|---|

**Central Window Cleaning**
Nonpriority Creditor's Name

**PO Box 347154**
**Cleveland, OH 44134**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$2,366.71**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2 8 | | | |
|---|---|---|---|

**Chalanda R Marshall**
Nonpriority Creditor's Name

**3526 Skyview Lane**
**Cincinnati, OH 45213**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$1,600.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Final Judgment**

---

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**

Case number (if know) _____

| 4.29 | **Chase Bank** | | Last 4 digits of account number | **9848** | | **$12,620.01** |

Nonpriority Creditor's Name

**PO Box 1423**

**Charlotte, NC 28201-1423**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.30 | **Chase Restoration** | | Last 4 digits of account number | | | **$1.00** |

Nonpriority Creditor's Name

**195 W Blue Springs Ave**

**Orange City, FL 32763**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.31 | **Cincinnati Bell Wireless** | | Last 4 digits of account number | | | **$74.87** |

Nonpriority Creditor's Name

**201 East 4th Street**

**Suite 1-13**

**Cincinnati, OH 45202**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**

Case number *(if know)* _____

---

| 4.3 2 | **Cincinnati Childrens Hospita** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3333 Burnet Avenue**

**Cincinnati, OH 45229**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical**

---

| 4.3 3 | **Cintas Corporation** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**8221 Dow Circle**

**Strongsville, OH 44136**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$934.05**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.3 4 | **Citibank NA** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Centralized Bankruptcy**

**PO Box 790034**

**St Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1394**          **$1,061.00**

**When was the debt incurred?**    **Opened 03/17  Last Active 3/17/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card - Best Buy**

---

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**

Case number (if know) _____

---

| 4.3 5 | **Clark Hill PLC** | Last 4 digits of account number _____ | $66,000.00 |

Nonpriority Creditor's Name

**130 East Randolph Street**
**Chicago, IL 60601**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.3 6 | **Coomer Roofing Company** | Last 4 digits of account number _____ | $3,450.00 |

Nonpriority Creditor's Name

**6204 South Harding Street**
**Indianapolis, IN 46217**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.3 7 | **Credit One Bank** | Last 4 digits of account number    7261 | $443.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 98873**
**Las Vegas, NV 89193**

When was the debt incurred?    **Opened 03/15  Last Active 1/08/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1 **Terry Hong-Yin Chan**

Debtor 2 **Jacquelyn Angiulli Chan**

Case number *(if know)* _____

| | | |
|---|---|---|
| 4.3 8 | **Critelli Inc** | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name

**PO Box 622131**

**Oviedo, FL 32762**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debts**

---

| | | |
|---|---|---|
| 4.3 9 | **Darling Ingredients** | **Last 4 digits of account number** _____ | **$175.00** |

Nonpriority Creditor's Name

**PO Box 530401**

**Atlanta, GA 30353**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| | | |
|---|---|---|
| 4.4 0 | **DCH Custom Builders** | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name

**8815 Conroy Windermere Rd Suite 302**

**Orlando, FL 32835**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Terry Hong-Yin Chan**
Debtor 2   **Jacquelyn Angiulli Chan**                                  Case number (if know) _____

| 4.4 1 | **Deerfield Digital Printing** | Last 4 digits of account number _____ | $409.28 |

Nonpriority Creditor's Name

**3509 Harrison Avenue**
**Cincinnati, OH 45211**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debts**

---

| 4.4 2 | **DirecTV** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name

**PO Box 538605**
**Atlanta, GA 30353**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consumer goods and services**

---

| 4.4 3 | **Doucet & Associates Co LPA** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name

**700 Stonehenge Parkway**
**Second Floor**
**Dublin, OH 43017**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Terry Hong-Yin Chan**
Debtor 2   **Jacquelyn Angiulli Chan**

Case number (*if know*) _____

---

| 4.4 4 | **Duke Energy** | Last 4 digits of account number _____ | **$3,276.41** |

Nonpriority Creditor's Name
**1000 E Main Street**
**Mail Drop WP 890**
**Plainfield, IN 46168**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| 4.4 5 | **Ecolab** | Last 4 digits of account number _____ | **$13,375.09** |

Nonpriority Creditor's Name
**655 Lone Oak Dr - A1**
**Saint Paul, MN 55121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| 4.4 6 | **EPR Properties** | Last 4 digits of account number _____ | **$13,744.50** |

Nonpriority Creditor's Name
**30 West Pershing, LLC**
**c/o EPR Properties**
**Dept CH 16594**
**Palatine, IL 60055**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

Debtor 1  **Terry Hong-Yin Chan**

Debtor 2  **Jacquelyn Angiulli Chan**

Case number (if know) _____

| 4.4 7 | **Equiteam** | Last 4 digits of account number _____ | $1,012,010.60 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Paganelli Law Group**
**10401 N Meridian St**
**Suite 450**
**Indianapolis, IN 46290**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business debt**

---

| 4.4 8 | **Fastsigns Inc** | Last 4 digits of account number _____ | $83.46 |
|---|---|---|---|

Nonpriority Creditor's Name

**2102 St Clair Ave**
**Cleveland, OH 44114**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business debt**

---

| 4.4 9 | **GGP** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**110 N Wacker Drive**
**Chicago, IL 60606**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business debt**

---

| Debtor 1 | **Terry Hong-Yin Chan** | |
|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number (if know) |

---

**4.5 0**

| **Gordon Food Service** | Last 4 digits of account number | $59,806.76 |
|---|---|---|

Nonpriority Creditor's Name
**1300 Gezon Parkway SW**
**Wyoming, MI 49509-9300**
Number Street City State Zip Code

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt**

---

**4.5 1**

| **Great American** | Last 4 digits of account number | $5,684.38 |
|---|---|---|

Nonpriority Creditor's Name
**Account Servicing**
**625 First Street SE**
**Suite 800**
**Cedar Rapids, IA 52401**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt**

---

**4.5 2**

| **Hartford Insurance** | Last 4 digits of account number | $4,232.56 |
|---|---|---|

Nonpriority Creditor's Name
**3600 Wiseman Blvd**
**San Antonio, TX 78251**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Terry Hong-Yin Chan**
Debtor 2  **Jacquelyn Angiulli Chan**

Case number (if know) _____

---

| 4.5 3 | **Humana** | **Last 4 digits of account number** _____ | **$18,212.29** |

Nonpriority Creditor's Name
**1100 Employers Blvd**
**Green Bay, WI 54344**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| 4.5 4 | **Indiana Dept of Revenue** | **Last 4 digits of account number** _____ | **$48,723.81** |

Nonpriority Creditor's Name
**100 N Senate Avenue**
**Indianapolis, IN 46204**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| 4.5 5 | **Innovative Lease Services** | **Last 4 digits of account number** _____ | **$12,269.52** |

Nonpriority Creditor's Name
**PO Box 2149**
**Gig Harbor, WA 98335**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Terry Hong-Yin Chan**
Debtor 2   **Jacquelyn Angiulli Chan**                                         Case number (if know) _____

| 4.5 6 | **Intertech Architects** | Last 4 digits of account number _____ | $50,383.94 |

Nonpriority Creditor's Name
**100 N Senate Avenue**
**Indianapolis, IN 46204**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
■ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt** _____

---

| 4.5 7 | **Intracoastal Inovations Inc** | Last 4 digits of account number _____ | $9,368.67 |

Nonpriority Creditor's Name
**329 County Road 29**
**Lake Placid, FL 33852**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
■ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt** _____

---

| 4.5 8 | **Jared-Galleria/Genesis** | Last 4 digits of account number   8204 | $5,296.00 |

Nonpriority Creditor's Name

**15220 NW Greenbrier, Ste 200**
**Beaverton, OR 97006**

When was the debt incurred?   **Opened 05/15  Last Active 3/08/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Charge Account** _____

---

Debtor 1 **Terry Hong-Yin Chan**
Debtor 2 **Jacquelyn Angiulli Chan**

Case number (if know) _____

| 4.5 9 | | | |
|---|---|---|---|
| | **JC BeerTech, LTD** | Last 4 digits of account number _____ | **$8,857.84** |

Nonpriority Creditor's Name
**4125 Lorain Avenue**
**Cleveland, OH 44113-3000**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

| 4.6 0 | | | |
|---|---|---|---|
| | **Jiaxi Hu, Mengfang Ang Li** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name
**c/o Markovits Stock De Marco**
**3825 Edwards Road**
**Suite 650**
**Cincinnati, OH 45209**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Civil complaint**

| 4.6 1 | | | |
|---|---|---|---|
| | **Keter Environmental Services** | Last 4 digits of account number _____ | **$5,794.13** |

Nonpriority Creditor's Name
**PO Box 417468**
**Boston, MA 02241**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**                              Case number (if know) _____

| | | |
|---|---|---|
| 4.6 2 | **Koorsen Fire & Security** | Last 4 digits of account number _____          $2,889.54 |

Nonpriority Creditor's Name
**2719 N Arlington Avenue**
**Indianapolis, IN 46218**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| | | |
|---|---|---|
| 4.6 3 | **Leaf** | Last 4 digits of account number _____          $1.00 |

Nonpriority Creditor's Name
**2005 Market Street**
**14th Floor**
**Philadelphia, PA 19103**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| | | |
|---|---|---|
| 4.6 4 | **LGC Staffing** | Last 4 digits of account number _____          $38,165.00 |

Nonpriority Creditor's Name
**Lessmeister & Associates**
**105 W Adams**
**Suite 2020**
**Chicago, IL 60603**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**

Case number (*if know*)

| | | |
|---|---|---|
| 4.6 5 | **Liberty Center** | Last 4 digits of account number | $450,259.19 |

Nonpriority Creditor's Name

**Steiner & Associates**
**4016 Townsfair Way**
**Suite 201**
**Columbus, OH 43219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| | | |
|---|---|---|
| 4.6 6 | **Liberty Township Finance Dpt** | Last 4 digits of account number | $621.00 |

Nonpriority Creditor's Name

**7162 Liberty Centre Dr**
**Suite A**
**West Chester, OH 45069**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| | | |
|---|---|---|
| 4.6 7 | **Lindhorst & Driedame** | Last 4 digits of account number | $1.00 |

Nonpriority Creditor's Name

**312 Walnut Street**
**Suite 3100**
**Cincinnati, OH 45202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**

Case number (if know) _____

---

| 4.6 8 | **Megacity Fire & Security** | Last 4 digits of account number _____ | $777.45 |
|---|---|---|---|

Nonpriority Creditor's Name

**8210 Expansion Way**
**Dayton, OH 45424**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.6 9 | **Miami Core Vista LLC** | Last 4 digits of account number _____ | $20,445.30 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Shutts & Bowen LLP**
**300 South Orange Avenue**
**Suite 1000**
**Orlando, FL 32801**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business lease for 8462-8472 Palm Parkway Blvd., Orlando**

---

| 4.7 0 | **Middletown Fine Wine & Spiri** | Last 4 digits of account number _____ | $502.82 |
|---|---|---|---|

Nonpriority Creditor's Name

**721 South Brail Blvd**
**Middletown, OH 45044**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**                                    Case number (if know) _____

| 4.7 1 | **Monarch Beverage Co** | Last 4 digits of account number _____ | $1,174.10 |

Nonpriority Creditor's Name

**9347 E Pendleton Pike**
**Indianapolis, IN 46236**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt** _____

| 4.7 2 | **Morgan Cohen & Bach LLC** | Last 4 digits of account number _____ | $3,821.24 |

Nonpriority Creditor's Name

**7225 N Mona Lisa Road**
**Suite 200**
**Tucson, AZ 85741**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt** _____

| 4.7 3 | **Mr Ice of Indiannnapolis** | Last 4 digits of account number _____ | $361.66 |

Nonpriority Creditor's Name

**7954 East 88th Street**
**Indianapolis, IN 46256**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt** _____

Debtor 1 **Terry Hong-Yin Chan**

Debtor 2 **Jacquelyn Angiulli Chan**

Case number *(if know)* _____

---

| 4.7 4 | **Navient** | Last 4 digits of account number | **0712** | $67,071.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 9500**
**Wilkes-Barre, PA 18773**

Number Street City State Zip Code

When was the debt incurred? **Opened 07/06  Last Active 5/10/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only *(filled)*
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No *(filled)*
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans *(filled)*
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____ **Educational**

---

| 4.7 5 | **Nordstrom FSB** | Last 4 digits of account number | **5257** | $2,204.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**PO Box 6555**
**Englewood, CO 80155**

Number Street City State Zip Code

When was the debt incurred? **Opened 12/14  Last Active 4/10/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only *(filled)*
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No *(filled)*
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Credit Card** *(filled)*

---

| 4.7 6 | **NuCO2 LLC** | Last 4 digits of account number | | $782.94 |

Nonpriority Creditor's Name

**PO Box 417902**
**Boston, MA 02241**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only *(filled)*
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No *(filled)*
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business debt** *(filled)*

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **Terry Hong-Yin Chan**
Debtor 2   **Jacquelyn Angiulli Chan**

Case number (if know) _____

| 4.7 7 | **OpenTable** | Last 4 digits of account number _____ | **$1,798.70** |

Nonpriority Creditor's Name
**PO Box 671198**
**Dallas, TX 75267**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 8 | **Padre Grill, LLC** | Last 4 digits of account number _____ | **$3,661,862.25** |

Nonpriority Creditor's Name
**c/o Benesch, Friedlander,**
**Coplan & Aronoff, LLP**
**One American Square Ste 2300**
**Indianapolis, IN 46282-0018**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 9 | **Pawnee Leasing Corporation** | Last 4 digits of account number _____ | **$26,844.02** |

Nonpriority Creditor's Name
**3801 Automation Way**
**Fort Collins, CO 80526**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**

Case number (*if know*) _____

| 4.8 0 | **Paychex** | Last 4 digits of account number _____ | $90,209.03 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o McCarthy Burgess & Wolff**
**The MB&W Building**
**26000 Cannon Road**
**Cleveland, OH 44146**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

| 4.8 1 | **Paylocity** | Last 4 digits of account number _____ | $13,050.06 |
|---|---|---|---|

Nonpriority Creditor's Name
**3850 N Wilke Road**
**Arlington Heights, IL 60004**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

| 4.8 2 | **PayPal Credit** | Last 4 digits of account number _____ | $4,700.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 5138**
**Timonium, MD 21094**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**                                        Case number (if know) _____

| 4.8 3 | **Pete and Pete Container Svc** | Last 4 digits of account number _____ | $630.00 |

Nonpriority Creditor's Name

**4830 Warner Rd**
**Garfield Heights, OH 44125**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debts**

| 4.8 4 | **Phoenix Franchise Group** | Last 4 digits of account number _____ | $214,486.65 |

Nonpriority Creditor's Name

**c/o Ostler Moss & Thompson**
**57 West 200 South**
**Suite 350**
**Salt Lake City, UT 84101**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Rodizio Franchise - Business debt**

| 4.8 5 | **Public Storage** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name

**701 Western Avenue**
**Glendale, CA 91201**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consumer goods and services**

Debtor 1  **Terry Hong-Yin Chan**
Debtor 2  **Jacquelyn Angiulli Chan**

Case number (if know) _____

| | | |
|---|---|---|
| **4.8 6** | **Ray's Trash Service** | Last 4 digits of account number _____ | $99.29 |

Nonpriority Creditor's Name
**Drawer I**
**Clayton, IN 46118**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| | | |
|---|---|---|
| **4.8 7** | **RCM-BBR Engineering LLC** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**PO Box 121721**
**Clermont, FL 34712**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| | | |
|---|---|---|
| **4.8 8** | **Republic National Distributi** | Last 4 digits of account number _____ | $414.00 |

Nonpriority Creditor's Name
**700 W Morris Street**
**Indianapolis, IN 46225**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**

Case number (if know)  _____

---

| 4.8 9 | | | |
|---|---|---|---|

**RG Credit Partners**
Nonpriority Creditor's Name

**7680 Universal Blvd**
**Suite 300**
**Orlando, FL 32819**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____    **$400,000.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**  _____

---

| 4.9 0 | | | |
|---|---|---|---|

**Royal Publishing**
Nonpriority Creditor's Name

**7620 N Harker Drive**
**Peoria, IL 61615**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____    **$165.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**  _____

---

| 4.9 1 | | | |
|---|---|---|---|

**Southern Glazers Wine**
Nonpriority Creditor's Name

**800 Commerce Parkway West Dr**
**Suite D**
**Greenwood, IN 46143**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____    **$1,432.04**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**  _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Terry Hong-Yin Chan**
Debtor 2  **Jacquelyn Angiulli Chan**

Case number (if know) _____

---

| 4.9 2 | **Southern Glazers Wine &** | **Last 4 digits of account number** _____ | **$681.94** |
|---|---|---|---|

Nonpriority Creditor's Name
**Spirits of Ohio**
**14911 Quorum Drive**
**Suite 400**
**Dallas, TX 75254**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.9 3 | **Spectrum Business** | **Last 4 digits of account number** _____ | **$6,612.94** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 30262**
**Tampa, FL 33630**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.9 4 | **Sysco** | **Last 4 digits of account number** _____ | **$67,805.89** |
|---|---|---|---|

Nonpriority Creditor's Name
**Rauch-Milliken**
**PO Box 8390**
**Metairie, LA 70011**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**

Case number (*if know*)

---

| 4.9 5 | **Team360** | Last 4 digits of account number | $72,498.45 |

Nonpriority Creditor's Name

**c/o Rubin Levin**
**135 North Pennsylvanis St**
**Suite 1400**
**Indianapolis, IN 46204**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.9 6 | **The Ear, Nose and Throat** | Last 4 digits of account number | $1.00 |

Nonpriority Creditor's Name

**Surgical Assoc**
**PO Box 4599**
**Winter Park, FL 32793-4599**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical**

---

| 4.9 7 | **The Illuminating Company** | Last 4 digits of account number | $19,776.91 |

Nonpriority Creditor's Name

**76 South Main Street**
**Akron, OH 44308**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**

Case number (if know) _____

| | |
|---|---|
| 4.9 8 | |

**Thompson Hine**
Nonpriority Creditor's Name

**312 Walnut Street**
**Suite 1400**
**Cincinnati, OH 45202**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____                    **$1.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business debt**

---

| | |
|---|---|
| 4.9 9 | |

**Timepayment Corp, LLC.**
Nonpriority Creditor's Name

**16 New England Executive Pk**
**Burlington, MA 01803**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **9849**                    **$7,487.00**

When was the debt incurred?    **Opened 04/17  Last Active**
**9/25/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Lease**

---

| | |
|---|---|
| 4.1 00 | |

**Todd M. Hoepker PA**
Nonpriority Creditor's Name

**PO Box 3311**
**Orlando, FL 32802-3311**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____                    **$12,001.06**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Balance from residential lease**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**

Case number (if know) _____

| | | |
|---|---|---|
| **4.1 01** | **Total Roof Services** | |

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____ |
| **2014 Edgewater Drive** | |
| **Suite 302** | **When was the debt incurred?** _____ |
| **Orlando, FL 32804** | |

$1.00

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt** _____

---

| | | |
|---|---|---|
| **4.1 02** | **Trinity Pension Consultants** | $875.00 |

Nonpriority Creditor's Name

**202 Montrose West Avenue**

**Suite 290**

**Akron, OH 44321**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt** _____

---

| | | |
|---|---|---|
| **4.1 03** | **United Electric Contractors** | $1.00 |

Nonpriority Creditor's Name

**744 South Rossiter Street**

**Mount Dora, FL 32757**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt** _____

---

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**

Case number (if know)

| 4.1<br>04 | **Upserve** | Last 4 digits of account number | $1.00 |

Nonpriority Creditor's Name

**10 Dorrance Street**
**Providence, RI 02903**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1<br>05 | **US Foods** | Last 4 digits of account number | $100,158.56 |

Nonpriority Creditor's Name

**CST Co**
**PO Box 33127**
**Louisville, KY 40232-3127**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1<br>06 | **US Foods Inc** | Last 4 digits of account number    7797 | $6,162.73 |

Nonpriority Creditor's Name

**c/o Weltman, Weinberg & Reis**
**3705 Marlane Drive**
**Grove City, OH 43123**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NSF charges Business debt**

---

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**

Case number (if know) _____

| 4.1 07 | **US Foods Inc** | | Last 4 digits of account number _____ | **$48,401.27** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10410 South 50th Place**
**Phoenix, AZ 85044**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

| 4.1 08 | **Vectren Corporation** | | Last 4 digits of account number _____ | **$718.36** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**One Vectren Square**
**Evansville, IN 47702**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

| 4.1 09 | **Verizon Wireless** | | Last 4 digits of account number _____ | **$1.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 105378**
**Atlanta, GA 30348**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Consumer goods and services**

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**                                    Case number (if know) _____

| 4.1 10 | **Voyles Vaiana Lukemeyer** | Last 4 digits of account number _____ | $4,947.00 |

Nonpriority Creditor's Name
**Baldwin & Webb**
**141 East Washington Street**
**Suite 300**
**Indianapolis, IN 46204**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 11 | **Wallingford Coffee Mills Inc** | Last 4 digits of account number _____ | $330.65 |

Nonpriority Creditor's Name
**11401 Rockfield Court**
**Cincinnati, OH 45241**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 12 | **Wasserstrom Company** | Last 4 digits of account number _____ | $11,894.55 |

Nonpriority Creditor's Name
**PO Box 182056**
**Columbus, OH 43218**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Terry Hong-Yin Chan**
Debtor 2  **Jacquelyn Angiulli Chan**                    Case number *(if know)* _____

| | | |
|---|---|---|
| **4.1 13** | **Wells Fargo Bank** | Last 4 digits of account number  **4833** | **$3,553.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**PO Box 6429**
**Greenville, SC 29606**
Number Street City State Zip Code

When was the debt incurred?  **Opened 04/17  Last Active 3/09/18**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.1 14**  **Wells Fargo Financial Svcs**      Last 4 digits of account number _____      **$2,151.04**

Nonpriority Creditor's Name
**1010 Thomas Edison Blvd SW**
**Cedar Rapids, IA 52404**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.1 15**  **Westwood Blvd LLC**      Last 4 digits of account number _____      **$5,712,924.29**

Nonpriority Creditor's Name
**9322 Third Avenue**
**Suite 502**
**Brooklyn, NY 11209**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business lease agreement**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

| Debtor 1 | **Terry Hong-Yin Chan** | | |
|---|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number *(if know)* | |

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **David W Black Esq**<br>**Frank Weinberg & Black PL**<br>**7805 SW 6th Court**<br>**Plantation, FL 33324** | Line **4.9** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Gunster Yoakley & Stewart PA**<br>**777 S Flagler Drive**<br>**Suite 500 East**<br>**West Palm Beach, FL 33401** | Line **4.60** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **James G Kozelek Esq**<br>**3705 Marlane Drive**<br>**Grove City, OH 43123** | Line **4.107** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Wetherington Hamilton, PA**<br>**1010 N Florida Avenue**<br>**Tampa, FL 33602** | Line **4.50** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

|  | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 90,902.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 12,827,566.54 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 12,918,468.54 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Jacquelyn Angiulli Chan** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **AmeriCredit/GM Financial**<br>**Attn: Bankruptcy**<br>**PO Box 183853**<br>**Arlington, TX 76096** | **Acct# 0172170826**<br>**Opened Opened 03/17  Last Active 11/01/17**<br>**Lease**<br>**2017 GMC Light Duty Acadia Denali 3.6L**<br>**VIN # 1GKKNPLS4HZ244777**<br>***Leased vehicle** |
| 2.2 | **BMW Financial Services**<br>**Attn: Bankruptcy Department**<br>**PO Box 3608**<br>**Dublin, OH 43016** | **Acct# 4002657410**<br>**Opened Opened 04/17  Last Active  3/17/18**<br>**Lease**<br>**2017 BMW X6 Utility xDrive35i AWD 3.0L**<br>**VIN # 5UXKU2C36H0U28972**<br>***Leased vehicle** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Jacquelyn Angiulli Chan** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors
                                                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  **Clearwater Hospitality Group, LLC**<br>**312 Walnut Street**<br>**Suite 3100**<br>**Cincinnati, OH 45202** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**Altamonte Mall, LLC** |
| 3.2  **Clearwater Hospitality Group, LLC**<br>**312 Walnut Street**<br>**Suite 3100**<br>**Cincinnati, OH 45202** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>**Miami Core Vista LLC** |
| 3.3  **Clearwater Hospitality Group, LLC**<br>**312 Walnut Street**<br>**Suite 3100**<br>**Cincinnati, OH 45202** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**Padre Grill, LLC** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Terry Hong-Yin Chan** **Jacquelyn Angiulli Chan** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | **Clearwater Hospitality Group, LLC** **312 Walnut Street** **Suite 3100** **Cincinnati, OH 45202** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.79__ ☐ Schedule G _____ **Pawnee Leasing Corporation** |
| 3.5 | **Clearwater Hospitality Group, LLC** **312 Walnut Street** **Suite 3100** **Cincinnati, OH 45202** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.84__ ☐ Schedule G _____ **Phoenix Franchise Group** |
| 3.6 | **Clearwater Hospitality Group, LLC** **312 Walnut Street** **Suite 3100** **Cincinnati, OH 45202** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.91__ ☐ Schedule G _____ **Southern Glazers Wine** |
| 3.7 | **Clearwater Hospitality Group, LLC** **312 Walnut Street** **Suite 3100** **Cincinnati, OH 45202** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.115__ ☐ Schedule G _____ **Westwood Blvd LLC** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| Debtor 2<br>(Spouse, if filing) | **Jacquelyn Angiulli Chan** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | Scouting | |
| Employer's name | National Collegiate Scouting Association | |
| Employer's address | | |
| How long employed there? | April 2, 2018 - Present | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $    **3,250.00** | $    **0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. +$    **0.00** | +$    **0.00** |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. $    **3,250.00** | $    **0.00** |

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ **3,250.00** | $ **0.00** |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **184.58** | $ **0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** | + $ **0.00** |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **184.58** | $ **0.00** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **3,065.42** | $ **0.00** |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | |
|---|---|---|---|
| | 8a. | $ **0.00** | $ **0.00** |
| 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | |
|---|---|---|---|
| | 8c. | $ **0.00** | $ **0.00** |
| 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____

| | | | |
|---|---|---|---|
| | 8f. | $ **0.00** | $ **0.00** |
| 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. **Other monthly income.** Specify:  **Family Contribution** | 8h.+ | $ **7,000.00** | + $ **0.00** |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **7,000.00** | $ **0.00** |

| | | | | |
|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **10,065.42** + | $ **0.00** = | $ **10,065.42** |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____

| | |
|---|---|
| 11. +$ | **0.00** |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | |
|---|---|
| 12. $ | **10,065.42** |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

■ Yes. Explain:    Debtor is going to start working a second employer within the next month and joint debtor is also anticipating becoming employed within the next month.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| Debtor 2 (Spouse, if filing) | **Jacquelyn Angiulli Chan** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    　　■ No

    　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**　☐ No

    Do not list Debtor 1 and Debtor 2.　■ Yes.　Fill out this information for each dependent..............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | Daughter | 2 | ☐ No   ■ Yes |
    | Daughter | 7 | ☐ No   ■ Yes |
    | Daughter | 17 | ☐ No   ■ Yes |
    | | | ☐ No   ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**　■ No　☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,840.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 28.25 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1   **Terry Hong-Yin Chan**

Debtor 2   **Jacquelyn Angiulli Chan**                                    Case number (if known) _____

6.  **Utilities:**
    6a.   Electricity, heat, natural gas                                            6a.   $             **150.00**
    6b.   Water, sewer, garbage collection                                   6b.   $             **0.00**
    6c.   Telephone, cell phone, Internet, satellite, and cable services     6c.   $             **200.00**
    6d.   Other. Specify:                                                             6d.   $             **0.00**
7.  **Food and housekeeping supplies**                                             7.   $           **1,200.00**
8.  **Childcare and children's education costs**                                   8.   $           **3,150.00**
9.  **Clothing, laundry, and dry cleaning**                                        9.   $            **200.00**
10. **Personal care products and services**                                       10.   $            **400.00**
11. **Medical and dental expenses**                                               11.   $             **30.00**
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                             12.   $             **0.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**        13.   $             **0.00**
14. **Charitable contributions and religious donations**                          14.   $            **150.00**
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.   Life insurance                                                        15a.   $             **0.00**
    15b.   Health insurance                                                      15b.   $             **0.00**
    15c.   Vehicle insurance                                                     15c.   $            **328.00**
    15d.   Other insurance. Specify:                                             15d.   $             **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                                   16.   $             **0.00**
17. **Installment or lease payments:**
    17a.   Car payments for Vehicle 1                                            17a.   $           **1,426.00**
    17b.   Car payments for Vehicle 2                                            17b.   $            **687.00**
    17c.   Other. Specify:                                                       17c.   $             **0.00**
    17d.   Other. Specify:                                                       17d.   $             **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18.   $             **0.00**
19. **Other payments you make to support others who do not live with you.**            $             **0.00**
    Specify:                                                                   19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a.   Mortgages on other property                                           20a.   $             **0.00**
    20b.   Real estate taxes                                                     20b.   $             **0.00**
    20c.   Property, homeowner's, or renter's insurance                          20c.   $             **0.00**
    20d.   Maintenance, repair, and upkeep expenses                              20d.   $             **0.00**
    20e.   Homeowner's association or condominium dues                           20e.   $             **0.00**
21. **Other:** Specify:                                                            21.  +$             **0.00**

22. **Calculate your monthly expenses**
    22a.   Add lines 4 through 21.                                                   $          **10,789.25**
    22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2         $
    22c.   Add line 22a and 22b.  The result is your monthly expenses.               $          **10,789.25**

23. **Calculate your monthly net income.**
    23a.   Copy line 12 *(your combined monthly income)* from Schedule I.         23a.   $          **10,065.42**
    23b.   Copy your monthly expenses from line 22c above.                       23b.  -$          **10,789.25**

    23c.   Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                             23c.   $          **-723.83**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.       Explain here:

**Fill in this information to identify your case:**

Debtor 1  **Terry Hong-Yin Chan**
_____
First Name          Middle Name          Last Name

Debtor 2  **Jacquelyn Angiulli Chan**
(Spouse if, filing) _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA
_____

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Terry Hong-Yin Chan**                          X  **/s/ Jacquelyn Angiulli Chan**
_____              _____
**Terry Hong-Yin Chan**                                **Jacquelyn Angiulli Chan**
Signature of Debtor 1                                   Signature of Debtor 2

Date  **June  1, 2018**                                 Date  **June  1, 2018**
_____              _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Jacquelyn Angiulli Chan** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **3884 Lower Park Road Orlando, FL 32814** | From-To: **07/2016 - 07/2017** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |
| **7255 Brill Road Cincinnati, OH 45243** | From-To: **06/2015 - 07/2016** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |
| **5675 Sugarun Lane Cincinnati, OH 45243** | From-To: **06/2014 - 06/2015** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Terry Hong-Yin Chan** |
|----------|------------------------|
| Debtor 2 | **Jacquelyn Angiulli Chan** |

Case number (*if known*) _____

---

**Part 2**    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|--|-------------|--|-------------|--|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | ■ Wages, commissions,<br>bonuses, tips | **$8,768.00** | ☐ Wages, commissions,<br>bonuses, tips | **$0.00** |
|  | ☐ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|--|-------------|--|-------------|--|
|  | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | **Rental Income** | **$9,600.00** | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | **Stock Selloff** | **$2,028.00** | | |

---

**Part 3:**    List Certain Payments You Made Before You Filed for Bankruptcy

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
☐ No.    Go to line 7.
■ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|-----------------------------|------------------|---------------------|------------------------|--------------------------|

| Debtor 1 | Terry Hong-Yin Chan |
|----------|---------------------|
| Debtor 2 | Jacquelyn Angiulli Chan |

Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Barclays Bank Delaware** Attn: Correspondence PO Box 8801 Wilmington, DE 19899 | **3/19/2018** **2/16/2018** **1/24/2018** | **$2,899.80** | **$39,096.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **American Express** Correspondence PO Box 981540 El Paso, TX 79998 | **3/19/2018** **3/20/2018** | **$2,924.80** | **$1,000.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **AmeriCredit/GM Financial** Attn: Bankruptcy PO Box 183853 Arlington, TX 76096 | **3/13/2018** | **$918.90** | **$19,951.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **BMW Financial Services** Attn: Bankruptcy Department PO Box 3608 Dublin, OH 43016 | **3/20/2018** | **$1,495.00** | **$32,148.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Partners Fed Credit Union** 2190 S Town Centre Place Anaheim, CA 92806 | **2/05/2018** | **$1,332.13** | **$19,073.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| Debtor 1 | Terry Hong-Yin Chan | |
|---|---|---|
| Debtor 2 | Jacquelyn Angiulli Chan | Case number (if known) |

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Altamonte Mall LLC**<br>**vs**<br>**Terry Chan, et al**<br>**2018-CA-000148** | **Civil Complaint** | **Seminole County Clerk Courts**<br>**PO Box 850**<br>**Sanford, FL 32772** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Jiaxi Hu**<br>**vs**<br>**Terry Chan, et al**<br>**1:15-CV-709-MRB** | **Civil Complaint** | **United States District Court Southern District of Ohio** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Chalanda R Marshall**<br>**vs**<br>**Terry Chan; Jacquelyn Chan, et al**<br>**18-CV-05518** | **Civil Complaint** | **Hamilton County Municipal Court**<br>**Cincinnati, OH** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Phoenix Franchise Group LLC**<br>**vs**<br>**Terry Chan; Jacquelyn Chan, et al**<br>**170906610** | **Civil Complaint** | **Salt Lake County**<br>**State of Utah** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Gordon Food Service, Inc**<br>**vs**<br>**Jacquelyn Chan; Terry Chan, et al**<br>**2018-CA-000307-O** | **Orange County Clerk of Court** | **Orange County Clerk of Court**<br>**425 N. Orange Ave**<br>**Room 410**<br>**Orlando, FL 32801** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Miami Core Vista LLC**<br>**vs**<br>**Terry Chan, Jacquelyn Chan, et al**<br>**2018-CA-000158** | **Civil Complaint** | **Orange County Clerk of Court**<br>**425 N. Orange Ave**<br>**Room 410**<br>**Orlando, FL 32801** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Todd M Hoepker**<br>**vs**<br>**Terry Chan; Jaqueline Chan, et al**<br>**2018-CC-005403** | **Civil Complaint** | **Orange County Clerk of Court**<br>**425 N. Orange Ave**<br>**Room 410**<br>**Orlando, FL 32801** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Westwood Blvd, LLC**<br>**vs**<br>**Terry Chan, et al**<br>**2018-CA-000590-O** | **Civil Complaint** | **Orange County Clerk of Court**<br>**425 N. Orange Ave**<br>**Room 410**<br>**Orlando, FL 32801** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **US Foods**<br>**vs**<br>**Terry Chan, et al**<br>**CV2018 04 0751** | **Civil Complaint** | **Butler County, Ohio** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Terry Hong-Yin Chan** |
|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** |

Case number *(if known)* _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Padre Grill, LLC** **vs** **Terry Chan; Jacquelyn Chan, et al** **29D01-1802-PL-001355** | Civil Complaint | Hamilton Superior Court 1 | ☐ Pending ☐ On appeal ☐ Concluded |
| **Brandy Meats Inc** **vs** **Jacquelyn Chan; Terry Chan, et al** **A 1800756** | Civil Complaint | Hamilton County Ohio Common Pleas Civil | ☑ Pending ☐ On appeal ☐ Concluded |
| **US Foods Inc** **vs** **Terry Chan; Jacquelyn Chan, et al** **CV2018040751** | Civil Complaint | Butler County Ohio | ☑ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **St Charles Catholic Church** | **Monthly tithing $100.00** | **Various** | **$2,400.00** |

| Debtor 1 | **Terry Hong-Yin Chan** | | |
|---|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number *(if known)* | |

---

**Part 6:**  **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
■ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Fishing rods, kayak was stolen from residence** | **No** | **03/2018** | **$2,000.00** |

---

**Part 7:**  **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Walter F. Benenati, Credit Attorney P.A.**<br>**2702 E Robinson Street**<br>**Orlando, FL 32803**<br>**wfb@777lawfirm.com** | **Attorney Fees** | **05/02/2018** | **$2,500.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Habitat Ventures, LLC**<br>**1610 Belmar Place**<br>**Cincinnati, OH 45224** | **Single Family Home**<br>**$108,000.00** | **Debtors' received**<br>**$26,843.82 at closing** | **3/15/2018** |
| **None** | | | |

---

| Debtor 1 | **Terry Hong-Yin Chan** | |
|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number *(if known)* |

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **A-1 Restaurant Supply**<br>**1879 Caravan Trail**<br>**Suite 203**<br>**Jacksonville, FL 32216** | **Restaurant equipment**<br>**$11,422.00** | **Debtors' received**<br>**$11,422.00 from sale** | **3/16/2018** |
| **None** | | | |
| **Peter S Bridgman**<br>**5768 Brookstone Drive**<br>**Cincinnati, OH 45230** | **Single Family Home**<br>**7255 Brill Road, Cincinnati,**<br>**OH 45243** | **Debtors' received**<br>**$22,280.82 at closing** | **08/22/2016** |
| **None** | **$920,000.00** | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ☐ No
   ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **PNC Bank**<br>**PO Box 856177**<br>**Louisville, KY 40285-6177** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/2017** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**

Case number *(if known)*

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP<br>Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**                              Case number *(if known)*

☐ **No.** None of the above applies. Go to Part 12.

■ **Yes.** Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| TBLE, LLC<br>3030 N Rocky Point Drive<br>Suite 150A<br>Tampa, FL 33607 | Single Purpose LLC | EIN:    82-4072542<br><br>From-To    12/14/2017 - Present |
| La Pine Village, LLC | | EIN:    20-3734699<br><br>From-To |
| Central Oregon Land Development, Inc | | EIN:    20-8537805<br><br>From-To |
| RG Liberty Way, LLC<br>7630 Gibson Street<br>West Chester, OH 45069 | dba Rodizio Grill full service restaurant | EIN:    2342966<br><br>From-To    11/16/2014 -08/14/2017 |
| Clearwater Hospitality Group, LLC<br>312 Walnut Street<br>Suite 3100<br>Cincinnati, OH 45202 | Restaurant | EIN:    2320209<br><br>From-To    08/21/2014 - 08/14/2017 |
| BWR Westwood, LLC<br>7680 Universal Blvd<br>Suite 565<br>Orlando, FL 32819 | Restaurant | EIN:<br><br>From-To    10/18/2016 - 09/22/2017 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ **No**
☐ **Yes.** Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Terry Hong-Yin Chan                          /s/ Jacquelyn Angiulli Chan
**Terry Hong-Yin Chan**                          **Jacquelyn Angiulli Chan**
**Signature of Debtor 1**                        **Signature of Debtor 2**

Date    **June  1, 2018**                        Date    **June  1, 2018**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Terry Hong-Yin Chan** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | | |

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Hong-Yin Chan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jacquelyn Angiulli Chan** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

---

**Part 1:   List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AmeriCredit/GM Financial**<br><br>Description of property securing debt: **2017 GMC Light Duty Acadia Denali 3.6L VIN # 1GKKNPLS4HZ244777 *Leased vehicle** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **BMW Financial Services**<br><br>Description of property securing debt: **2017 BMW X6 Utility xDrive35i AWD 3.0L VIN # 5UXKU2C36H0U28972 *Leased vehicle** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Partners Fed Credit Union**<br><br>Description of property: **2012 Jeep Liberty Utility Sport** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Terry Hong-Yin Chan** | | |
|---|---|---|---|
| Debtor 2 | **Jacquelyn Angiulli Chan** | Case number *(if known)* | |

| property securing debt: | **3.7L**<br>**VIN # 1C4PJLAK7CW116617** | ☐ Retain the property and [explain]: |
|---|---|---|

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **AmeriCredit/GM Financial** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Acct# 0172170826**<br>**Opened Opened 03/17  Last Active 11/01/17**<br>**Lease**<br>**2017 GMC Light Duty Acadia Denali 3.6L**<br>**VIN # 1GKKNPLS4HZ244777**<br>***Leased vehicle** | |
| Lessor's name: | **BMW Financial Services** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Acct# 4002657410**<br>**Opened Opened 04/17  Last Active  3/17/18**<br>**Lease**<br>**2017 BMW X6 Utility xDrive35i AWD 3.0L**<br>**VIN # 5UXKU2C36H0U28972**<br>***Leased vehicle** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan**                                    Case number *(if known)* _____

---

Part 3:    **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Terry Hong-Yin Chan**                          X **/s/ Jacquelyn Angiulli Chan**
  **Terry Hong-Yin Chan**                                **Jacquelyn Angiulli Chan**
  Signature of Debtor 1                                  Signature of Debtor 2

  Date    **June  1, 2018**                             Date    **June  1, 2018**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    Terry Hong-Yin Chan

Debtor 2    Jacquelyn Angiulli Chan
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Florida

Case number
(if known)
</td></tr>
</table>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

     ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

           **Debtor 1**

Gross receipts (before all deductions)    $ _____

Ordinary and necessary operating expenses   -$ _____

Net monthly income from a business, profession, or farm   $ _____   **Copy here ->**   $ _____     $ _____

6. **Net income from rental and other real property**

           **Debtor 1**

Gross receipts (before all deductions)    $ _____

Ordinary and necessary operating expenses   -$ _____

Net monthly income from rental or other real property   $ _____   **Copy here ->**   $ _____     $ _____

7. **Interest, dividends, and royalties**       $ _____     $ _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Terry Hong-Yin Chan**
Debtor 2    **Jacquelyn Angiulli Chan** _____    Case number (*if known*) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ........................................................ $ _____

For your spouse ......................................... $ _____

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ _____ | $ _____ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| . _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| Total amounts from separate pages, if any. | + $ _____ | $ _____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

**Part 2:**     Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........... **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b.    $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household.    13.    $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

**Part 3:**     Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Terry Hong-Yin Chan** _____    X **/s/ Jacquelyn Angiulli Chan** _____
**Terry Hong-Yin Chan**    **Jacquelyn Angiulli Chan**
Signature of Debtor 1    Signature of Debtor 2

Date **June  1, 2018** _____    Date **June  1, 2018** _____
MM / DD / YYYY    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1    __Terry Hong-Yin Chan__

Debtor 2    __Jacquelyn Angiulli Chan__
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle District of Florida

Case number    _____
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.    Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.    Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?
   ☐ No.    Go to line 3.
   ☐ Yes.    Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).
   ☐ No.    Go to line 3.
   ☐ Yes.    Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**
   ☐ No.    Complete Form 122A-1. Do not submit this supplement.
   ☐ Yes.    Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).
   ☐ No.    Complete Form 122A-1. Do not submit this supplement.
   ☐ Yes.    Check any one of the following categories that applies:

   ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   ☐ **I am performing a homeland defense activity for at least 90 days.**

   ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Terry Hong-Yin Chan**

Debtor 2    **Jacquelyn Angiulli Chan**
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Florida

Case number
(if known)

</td></tr>
</table>

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |
| 5. **Net income from operating a business, profession, or farm** | | |

5. Net income from operating a business, profession, or farm

    **Debtor 1**

    Gross receipts (before all deductions)    $ _____

    Ordinary and necessary operating expenses    -$ _____

    Net monthly income from a business, profession, or farm   $ _____    **Copy here ->** $ _____      $ _____

6. Net income from rental and other real property

    **Debtor 1**

    Gross receipts (before all deductions)    $ _____

    Ordinary and necessary operating expenses    -$ _____

    Net monthly income from rental or other real property   $ _____    **Copy here ->** $ _____      $ _____

7. **Interest, dividends, and royalties**      $ _____      $ _____

Debtor 1 **Terry Hong-Yin Chan**
Debtor 2 **Jacquelyn Angiulli Chan**

Case number (*if known*) _____

| | | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|---|

8. **Unemployment compensation**                                                        $ _____        $ _____
   Do not enter the amount if you contend that the amount received was a benefit under
   the Social Security Act. Instead, list it here:
   For you ................................................... $ _____
   For your spouse ........................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a          $ _____        $ _____
   benefit under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act or payments
    received as a victim of a war crime, a crime against humanity, or international or
    domestic terrorism. If necessary, list other sources on a separate page and put the
    total below.
    . _____        $ _____        $ _____
    _____        $ _____        $ _____
    Total amounts from separate pages, if any.    + $ _____      $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
    each column. Then add the total for Column A to the total for Column B.    $ _____ + $ _____ = $ _____

    **Total current monthly income**

**Part 2:**    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 ..................... **Copy line 11 here=>**    $ _____

         Multiply by 12 (the number of months in a year)                              **x 12**

    12b. The result is your annual income for this part of the form             12b.    $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.    _____

    Fill in the number of people in your household.    _____

    Fill in the median family income for your state and size of household. .................    13.    $ _____
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions
    for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
             Go to Part 3.

    14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
             Go to Part 3 and fill out Form 122A-2.

**Part 3:**    Sign Below

    By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

    **X /s/ Terry Hong-Yin Chan**                          **X /s/ Jacquelyn Angiulli Chan**
    **Terry Hong-Yin Chan**                                **Jacquelyn Angiulli Chan**
    Signature of Debtor 1                                  Signature of Debtor 2

    Date  **June  1, 2018**                            Date  **June  1, 2018**
          MM / DD / YYYY                                      MM / DD / YYYY

    If you checked line 14a, do NOT fill out or file Form 122A-2.

    If you checked line 14b, fill out Form 122A-2 and file it with this form.

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>Terry Hong-Yin Chan</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>Jacquelyn Angiulli Chan</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   Middle District of Florida</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1**    **Identify the Kind of Debts You Have**

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes. Go to Part 2.

**Part 2:**    **Determine Whether Military Service Provisions Apply to You**

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.   Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
    10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    ☐ No.   Go to line 3.

    ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.   Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    ☐ No.   Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.  Check any one of the following categories that applies:

    | | |
    |---|---|
    | ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.<br><br>☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.<br><br>☐ **I am performing a homeland defense activity for at least 90 days.**<br><br>☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case. | If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. *The exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).<br><br>If your exclusion period ends before your case is closed, you may have to file an amended form later. |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

**Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)**                                                                page **4**

## United States Bankruptcy Court
### Middle District of Florida

In re   **Terry Hong-Yin Chan**
**Jacquelyn Angiulli Chan**

Debtor(s)

Case No.
Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **June 1, 2018**

**/s/ Terry Hong-Yin Chan**
**Terry Hong-Yin Chan**
Signature of Debtor

Date:   **June 1, 2018**

**/s/ Jacquelyn Angiulli Chan**
**Jacquelyn Angiulli Chan**
Signature of Debtor

Terry Hong-Yin Chan
735 Edgewater Drive
Orlando, FL 32804

Jacquelyn Angiulli Chan
735 Edgewater Drive
Orlando, FL 32804

Walter F. Benenati
Walter F. Benenati, Credit Attorney P.A.
2702 E Robinson Street
Orlando, FL 32803

Accurate Mobile Welding
and Fabrication
25901 Timuquana Drive
Sorrento, FL 32776

Aes/Keystone
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105

Aes/nct
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105

Aleck Refrigeration Company
17420 Highway 190
Hammond, LA 70401

Allied Properties
9322 Third Avenue
Suite 502
Brooklyn, NY 11209

Ally Financial
Attn: Bankruptcy
PO Box 380901
Bloomington, MN 55438

Alsco, Inc
711 E Vermont Street
Indianapolis, IN 46202

Altamonte Mall, LLC
c/o General Growth Propertie
110 N Wicker Drive
Chicago, IL 60606

American Express
Correspondence
PO Box 981540
El Paso, TX 79998

American Funds
PO Box 6273
Indianapolis, IN 46206

AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096

Ameripride
7360 Industrial Road
Florence, KY 41042

ANI International
125 S Wacker Drive
Suite 1210
Chicago, IL 60606

AXP Paint
430 South Central Avenue
Apopka, FL 32703

Backflow Prevention Services
6329 Stonehenge Blvd
Middletown, OH 45044

Barclays Bank Delaware
Attn: Correspondence
PO Box 8801
Wilmington, DE 19899

Beckman Weil Shepardson
Centennial Plaza III
895 Central Avenue
Suite 300
Cincinnati, OH 45202

BMW Financial Services
Attn: Bankruptcy Department
PO Box 3608
Dublin, OH 43016

Brandy Meats
Law Firm of Droder & Miller
125 West Central Parkway
Cincinnati, OH 45202

Brilliant Electric Sign Co
4811 Van Epps Road
Cleveland, OH 44131-1082

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Carmel Utilities
30 W Main Street
Suite 220
Carmel, IN 46032

Cavalier Distributing Co
4650 Lake Forest Drive
Suite 580
Blue Ash, OH 45242

Central Window Cleaning
PO Box 347154
Cleveland, OH 44134

Chalanda R Marshall
3526 Skyview Lane
Cincinnati, OH 45213

Coomer Roofing Company
6204 South Harding Street
Indianapolis, IN 46217

Duke Energy
1000 E Main Street
Mail Drop WP 890
Plainfield, IN 46168

Chase Bank
PO Box 1423
Charlotte, NC 28201-1423

Credit One Bank
Attn: Bankruptcy
PO Box 98873
Las Vegas, NV 89193

Ecolab
655 Lone Oak Dr - A1
Saint Paul, MN 55121

Chase Restoration
195 W Blue Springs Ave
Orange City, FL 32763

Critelli Inc
PO Box 622131
Oviedo, FL 32762

EPR Properties
30 West Pershing, LLC
c/o EPR Properties
Dept CH 16594
Palatine, IL 60055

Cincinnati Bell Wireless
201 East 4th Street
Suite 1-13
Cincinnati, OH 45202

Darling Ingredients
PO Box 530401
Atlanta, GA 30353

Equiteam
c/o Paganelli Law Group
10401 N Meridian St
Suite 450
Indianapolis, IN 46290

Cincinnati Childrens Hospita
3333 Burnet Avenue
Cincinnati, OH 45229

David W Black Esq
Frank Weinberg & Black PL
7805 SW 6th Court
Plantation, FL 33324

Fastsigns Inc
2102 St Clair Ave
Cleveland, OH 44114

Cintas Corporation
8221 Dow Circle
Strongsville, OH 44136

DCH Custom Builders
8815 Conroy Windermere Rd
Suite 302
Orlando, FL 32835

GGP
110 N Wacker Drive
Chicago, IL 60606

Citibank NA
Attn: Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179

Deerfield Digital Printing
3509 Harrison Avenue
Cincinnati, OH 45211

Gordon Food Service
1300 Gezon Parkway SW
Wyoming, MI 49509-9300

Clark Hill PLC
130 East Randolph Street
Chicago, IL 60601

DirecTV
PO Box 538605
Atlanta, GA 30353

Great American
Account Servicing
625 First Street SE
Suite 800
Cedar Rapids, IA 52401

Clearwater Hospitality Group, LLC
312 Walnut Street
Suite 3100
Cincinnati, OH 45202

Doucet & Associates Co LPA
700 Stonehenge Parkway
Second Floor
Dublin, OH 43017

Gunster Yoakley & Stewart PA
777 S Flagler Drive
Suite 500 East
West Palm Beach, FL 33401

Hartford Insurance
3600 Wiseman Blvd
San Antonio, TX 78251

Humana
1100 Employers Blvd
Green Bay, WI 54344

Indiana Dept of Revenue
100 N Senate Avenue
Indianapolis, IN 46204

Innovative Lease Services
PO Box 2149
Gig Harbor, WA 98335

Intertech Architects
100 N Senate Avenue
Indianapolis, IN 46204

Intracoastal Inovations Inc
329 County Road 29
Lake Placid, FL 33852

James G Kozelek Esq
3705 Marlane Drive
Grove City, OH 43123

Jared-Galleria/Genesis
15220 NW Greenbrier, Ste 200
Beaverton, OR 97006

JC BeerTech, LTD
4125 Lorain Avenue
Cleveland, OH 44113-3000

Jiaxi Hu, Mengfang Ang Li
c/o Markovits Stock De Marco
3825 Edwards Road
Suite 650
Cincinnati, OH 45209

Keter Environmental Services
PO Box 417468
Boston, MA 02241

Koorsen Fire & Security
2719 N Arlington Avenue
Indianapolis, IN 46218

Leaf
2005 Market Street
14th Floor
Philadelphia, PA 19103

LGC Staffing
Lessmeister & Associates
105 W Adams
Suite 2020
Chicago, IL 60603

Liberty Center
Steiner & Associates
4016 Townsfair Way
Suite 201
Columbus, OH 43219

Liberty Township Finance Dpt
7162 Liberty Centre Dr
Suite A
West Chester, OH 45069

Lindhorst & Driedame
312 Walnut Street
Suite 3100
Cincinnati, OH 45202

Megacity Fire & Security
8210 Expansion Way
Dayton, OH 45424

Miami Core Vista LLC
c/o Shutts & Bowen LLP
300 South Orange Avenue
Suite 1000
Orlando, FL 32801

Middletown Fine Wine & Spiri
721 South Brail Blvd
Middletown, OH 45044

Monarch Beverage Co
9347 E Pendleton Pike
Indianapolis, IN 46236

Morgan Cohen & Bach LLC
7225 N Mona Lisa Road
Suite 200
Tucson, AZ 85741

Mr Ice of Indiannnapolis
7954 East 88th Street
Indianapolis, IN 46256

Navient
Attn: Bankruptcy
PO Box 9500
Wilkes-Barre, PA 18773

Nordstrom FSB
Attn: Bankruptcy Department
PO Box 6555
Englewood, CO 80155

NuCO2 LLC
PO Box 417902
Boston, MA 02241

OpenTable
PO Box 671198
Dallas, TX 75267

Padre Grill, LLC
c/o Benesch, Friedlander,
Coplan & Aronoff, LLP
One American Square Ste 2300
Indianapolis, IN 46282-0018

Partners Fed Credit Union
2190 S Town Centre Place
Anaheim, CA 92806

Pawnee Leasing Corporation
3801 Automation Way
Fort Collins, CO 80526

Paychex
c/o McCarthy Burgess & Wolff
The MB&W Building
26000 Cannon Road
Cleveland, OH 44146

Paylocity
3850 N Wilke Road
Arlington Heights, IL 60004

PayPal Credit
PO Box 5138
Timonium, MD 21094

Pete and Pete Container Svc
4830 Warner Rd
Garfield Heights, OH 44125

Phoenix Franchise Group
c/o Ostler Moss & Thompson
57 West 200 South
Suite 350
Salt Lake City, UT 84101

Public Storage
701 Western Avenue
Glendale, CA 91201

Ray's Trash Service
Drawer I
Clayton, IN 46118

RCM-BBR Engineering LLC
PO Box 121721
Clermont, FL 34712

Republic National Distributi
700 W Morris Street
Indianapolis, IN 46225

RG Credit Partners
7680 Universal Blvd
Suite 300
Orlando, FL 32819

Royal Publishing
7620 N Harker Drive
Peoria, IL 61615

Southern Glazers Wine
800 Commerce Parkway West Dr
Suite D
Greenwood, IN 46143

Southern Glazers Wine &
Spirits of Ohio
14911 Quorum Drive
Suite 400
Dallas, TX 75254

Spectrum Business
PO Box 30262
Tampa, FL 33630

Sysco
Rauch-Milliken
PO Box 8390
Metairie, LA 70011

Team360
c/o Rubin Levin
135 North Pennsylvanis St
Suite 1400
Indianapolis, IN 46204

The Ear, Nose and Throat
Surgical Assoc
PO Box 4599
Winter Park, FL 32793-4599

The Illuminating Company
76 South Main Street
Akron, OH 44308

Thompson Hine
312 Walnut Street
Suite 1400
Cincinnati, OH 45202

Timepayment Corp, LLC.
16 New England Executive Pk
Burlington, MA 01803

Todd M. Hoepker PA
PO Box 3311
Orlando, FL 32802-3311

Total Roof Services
2014 Edgewater Drive
Suite 302
Orlando, FL 32804

Trinity Pension Consultants
202 Montrose West Avenue
Suite 290
Akron, OH 44321

United Electric Contractors
744 South Rossiter Street
Mount Dora, FL 32757

Upserve
10 Dorrance Street
Providence, RI 02903

US Foods
CST Co
PO Box 33127
Louisville, KY 40232-3127

US Foods Inc
c/o Weltman, Weinberg & Reis
3705 Marlane Drive
Grove City, OH 43123

US Foods Inc
10410 South 50th Place
Phoenix, AZ 85044

Vectren Corporation
One Vectren Square
Evansville, IN 47702

Verizon Wireless
PO Box 105378
Atlanta, GA 30348

Voyles Vaiana Lukemeyer
Baldwin & Webb
141 East Washington Street
Suite 300
Indianapolis, IN 46204

Wallingford Coffee Mills Inc
11401 Rockfield Court
Cincinnati, OH 45241

Wasserstrom Company
PO Box 182056
Columbus, OH 43218

Wells Fargo Bank
Attn: Bankruptcy Dept
PO Box 6429
Greenville, SC 29606

Wells Fargo Financial Svcs
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Westwood Blvd LLC
9322 Third Avenue
Suite 502
Brooklyn, NY 11209

Wetherington Hamilton, PA
1010 N Florida Avenue
Tampa, FL 33602

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Terry Hong-Yin Chan**
       **Jacquelyn Angiulli Chan**      Case No. _____

                               Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ........................................... $      **2,500.00**

     Prior to the filing of this statement I have received .......................... $      **2,500.00**

     Balance Due ..................................................................................... $      **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  1, 2018**          **/s/ Walter F. Benenati**
*Date*                                 **Walter F. Benenati 46679**
                                    *Signature of Attorney*
                                    **Walter F. Benenati, Credit Attorney P.A.**
                                    **2702 E Robinson Street**
                                    **Orlando, FL 32803**
                                    **(407) 777-7777  Fax: (407) 236-7667**
                                    **wfb@777lawfirm.com**
                                    *Name of law firm*