ORDERED.

Dated: **September 14, 2018**

_Karen S. Jennemann_
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| TERRY HONG-YIN CHAN and ) | Case No. 6:18-bk-03297-KSJ |
| JACQUELYN ANGIULLI CHAN, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |

### ORDER VACATING ORDER STRIKING AMENDED SCHEDULE E/F

This case came before the Court on its own Motion. On September 12, 2018, the Court entered an Order Striking Amended Schedule E/F (Doc. No. 26) (the "Order") in error. Accordingly, it is

**ORDERED** that the Order (Doc. No. 26) is **VACATED.**

###

The Clerk is directed to serve a copy of this order on all interested parties.

1