

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/20/2019 02:45 PM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-03297-KSJ** | **7** | **06/01/2018** |

**Chapter 7**

**DEBTOR:**          Terry Chan

                     Jacquelyn Chan

**DEBTOR ATTY:**  **John Bennett**

**TRUSTEE:**       **Marie E. Henkel**

**HEARING:**

1) Motion by Ruimin Chen et al for Relief from Stay to Prosecute
Fraud Lawsuit Against the Debtors Through and Including the
Entry of Final Judgment (Doc #30)
Opposition by Debtor to Motion for Relief from Stay (Doc #38)
2) Unopposed Motion by Chen et al to Reschedule Hearing on Motion for Relief from the Automatic Stay (Doc #50) - filed 2/19/19
Note: Con't from 11/1/18; 12/18/18
Related APs: 18-ap-97, 18-ap-98, 18-ap-99 set for PTC on
2/20/19 at 2:45pm

**APPEARANCES:**:
John Bennet: Debtor Atty
Patrick Dorsey: EB-5 Creditors

**RULING:**
1) Motion by Ruimin Chen et al for Relief from Stay to Prosecute Fraud Lawsuit Against the Debtors Through and Including the Entry of Final Judgment   (Doc #30)   - Continued to 3/14/19 at 2:45pm (AOCNFNG);

2) Unopposed Motion by Chen et al to Reschedule Hearing on Motion for Relief from the Automatic Stay   (Doc #50) - Denied: Order by Court.

 (Pro by LL)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.